# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **WILLIAM E. FAETH and** | ) | |
| **BREA L. FAETH,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 3:12-cv-00162** |
| **v.** | ) | |
| | ) | **Judge Sharp** |
| **REGIONS BANK,** | ) | **Magistrate Judge Knowles** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

*Pro se* Plaintiffs William E. Faeth and Brea L. Faeth filed this civil action against Defendant Regions Bank on September 29, 2009[1], wherein they asserted claims of negligence and recklessness, unjust enrichment, and deceptive or unfair practices under the Tennessee Consumer Protection Act. *See* (Case No. 3:09-cv-908, Docket Entry No. 43).

On March 16, 2102, Defendant filed a Motion for Summary Judgment (Docket Entry No. 4). Plaintiffs filed no response in opposition.

The Magistrate Judge entered a Report and Recommendation ("R & R") (Docket Entry No. 25) in this case on November 29, 2012, concluding "there are no genuine issues of material fact and that Defendant is entitled to a judgment as a matter of law on each of Plaintiffs' claims." (*Id.* at 11). Therefore, recommending that "Defendant's Motion for Summary Judgment be GRANTED." (*Id.*). No objections were made to the R & R.

---

[1] Plaintiffs William E. and Brea L. Faeth were formerly Plaintiffs in a multi-plaintiff lawsuit styled *Raymond Jackson, et al. v. Regions Bank*, Case No. 3:09-908. Counsel representing Plaintiffs in *Jackson* filed a Motion to Withdraw as counsel for the Faeths and a Motion to sever the Faeths' claims. Docket No. 67, Case No. 3:09-908. That Motion was subsequently granted, and the claims of the Faeths were assigned a new (the instant) case number. The claims of the Faeths against Defendant are set forth in the "Second Amended Complaint" filed in *Jackson*. Docket No. 43, Case No. 3:09-908. *See* (Docket Entry No. 25 at fn 3).

Case 3:12-cv-00162   Document 28   Filed 01/14/13   Page 1 of 2 PageID #: 1839

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 25) is hereby ACCEPTED and APPROVED;

(2) Defendant's Motion for Summary Judgment (Docket Entry No. 4) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE